SCANNED at MWCI and Emailed 10/15/2021 ST 36 pages
date initials No.



UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LISHAN WANG,

Plaintiff,

v.

ANGEL QUIROS, DOC COMMISSIONER

NICK RODRIGUEZ, DISTRICT ADMINISTRATOR

ROLLIN COOK, FORMER DOC COMMISSIONER

Harmon, CORRECTIONAL OFFICER (CO), MACDOUGALL CI

KRISTINE BARONE, WARDEN OF MACDOUGALL CI

MARIE CHARLES, NURSE/NA OF MACDOUGALL CI

K. SHEA, RCOO OF MACDOUGALL CI

R. RICHESON, COO OF MACDOUGALL CI (MEDICAL CLINIC)

COMPLAINT CIVIL ACTION NO.: 3:21-cv-01133-AVC

DATE: October 14th, 2021

**Amended Complaint**

## I. JURISDICTION & VENUE

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a) (3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure (Monroe v. Pape, 365 U.S. 167, 1961). Plaintiff's claims for being mistreated for chronic medical conditions and crashing medical conditions are authorized by the Eighth Amendment of U.S.C. "An inmate must rely on prison authorities to treat his medical needs; if the authorities fail to do so, those needs will not be met." Estelle v. Gamble, 429 U.S. 97, 103 (1976). Plaintiff's claims for the inherent dignity and of the equal and inalienable rights are authorized by both U.S.C., Universal Declaration of HUman Rights and the agreements between the United States (US) and the People's Republic of China (PRC). Freedom from racial discrimination is protected by the Equal Protection Clause of the Fourteenth Amendment (Washington v. Lee, 263 F.Supp.327, M.D. Ala, 1966). Recently, the Congress had passed and Joe Biden had signed the Anti-Asian Hate Act.
2. The **U.S. Courthouse** at **Hartford, CT** 06103 is an appropriate venue under 28 U.S.C.Section 1391 (b) (2) because it is where part of or ALL the events giving rise to this claim occurred. It is also appropriate to ask U.S. Court to uphold the rulings of the U.S. Supreme Court, U.S. Constitution, and the law passed by the Congress.

## II. PLAINTIFF

3. Plaintiff, **LISHAN WANG**, is at all times mentioned herein a prisoner of the State of Connecticut in the custody of the Connecticut Department of Corrections (DOC). Since 2018, he has been housed in Garner CI, Cheshire CI, and currently MacDougall-Walker CI (MCI). His address: MacDougall-Walker CI, 1153 East Street, South, Suffield, CT 06080.

## III. DEFENDANTS

4. Defendant, **Angel Quiros**, is the Commissioner of the Connecticut Department of Corrections (DOC). He is legally responsible for the overall operation of the MCI, Cheshire CI(CCI), and other facilities of DOC. His address: 24 Wolcott Hill Road, Wethersfield, CT 06109.
5. Defendant, **Rollin Cook**, is the Former Commissioner of DOC. Like Angel Quiros, he was legally responsible for the overall operation of DOC. His address: 24 Wolcott Hill Road, Wethersfield, CT 06109.
6. Defendant, **Nick Rodriguez**, is the District Administrator of DOC District 1 Administrators Office, 1153 East Street South, Suffield, Connecticut 06080. He had sent a letter to the plaintiff on July 13, 2020 when Plaintiff was complaining about Librarian Rivera and other issues occurred at Cheshire CI, indicating that he is in charge of addressing inmates' complaints. He may be specialized in dismissing inmates' complaints or DOC's non-response by accusing the inmates of not following the chain of command and DOC's grievance procedure. His address: DOC District 1 Administrators Office, 1153 East Street South, Suffield, CT 06080.
7. Defendant, **Kristine Barone**, is the Warden of MacDougall-Walker CI (MCI). She is legally responsible for the overall operation of MCI. Her address: 1153 East Street South,Suffield, CT 06080.
8. Defendant, **Marie Charles**, is the nurse or nurse assistant who worked at COVID-19 Block at MCI on December 28, 2020 night or about that time. She was in charge of patients and responsible for taking care of patients' medical needs. Her address: 1153 East Street South, Suffield, CT 06080.
9. Defendant, _________ Harmon(first name unknown, last name subject to further verification. All names in this Complaint subject to further verification.),is a correctional officer(CO) with a rank of "Lieutenant" (based on his own claim) at MCI who is in charge of maintaining the security and order, and protecting the safety of both inmates and state employees . He and his minions are NOT allowed to violate inmates' Constitutional Rights while enforc-DOC's rules and policies at MCI. His address: 1153 East Street South, Suffield, CT 06080.
10. Defendant, **K. Shea**, is RCOO (not sure of its meaning. It might be "Chief Operating Officer for Nursing or medical clinic") of MCI who is responsible for supervising the daily and regular nursing and medical activities at MCI and responding to inmates' complaints and/or requests regarding the patient care at MCI. Shea's address: 1153 East Street South, Suffield, CT 06080.

11. Defendant, **R. Richeson,** is the COO (Chief Operating Officer) who is responsible for the overall operation of the medical clinic and patient care at MCI. He/She is responsible for the medical staff's performance in taking care of the patients and makes sure the medical staff are qualified and competent in taking care of the patients at MCI and "DO NO HARM" to inmates. His/Her address: 1153 East Street South, Suffield, CT 06080.

12. Each defendant is sued individually and in his or her official capacity. At all times mentioned in this Complaint each defendant acted under the color of state law and federal law. As discovery proceeds after the Complaint is filed at the court, more defendants may be added.

## IV. FACTS

## Negligence in Controlling the Spread of COVID-19

13. In mid-2020 Plaintiff, Mr. Lishan Wang had sent a letter to the ACLU to notice them and the Court that he opposed the settlement of the inmates' class action against the State of Connecticut regarding the State's liability in the spread of COVID-19 in the facilities of DOC. (Exhibit One). In his letters to CCI Warden **Butricks** and DOC Commissioner **Rollin Cook**, he had expressed his position of reserving his right to sue DOC for its negligence in controlling COVID-19 infection.

14. In mid-April 2020 at the peak of COVID-19 pandemic in USA, DOC had trasferred Mr.Wang from Cheshire CI to MacDougall CI without rational considerations of the following factors: 1) At the time of transfer, there was no active case reported in the North-3 Block, CCI, where Mr. Wang was housed, but there were active cases of COVID-19 infection in the N-Block where Mr. Wang was moved into on April 17, 2020 (All times and dates subject further verification in this Complaint). This is reckless endangerment of Mr.Wang and other five inmates' health and life, violating their Eighth Amendment Right. 2) When Mr.Wang and other five inmates arrived at MCI, no soap, towel, change clothes, or other basic hygiene materials were provided for them. At N-Block, Mr.Wang had to beg repeatedly for a roll of toilet paper from a "merciful" CO. Mr. Wang had reported the afore-mentioned factors to DOC Commissioner and in his letter to the ACLU. No answer or response from either of them. CCI Warden Butricks had NEVER addressed these factors.

15. Even when there were active COVID-19 cases at N-Block, MCI, inmates were still engaged in contact sports from April 2020 to June 2020 in the outdoors.

16. Although the terms of the settlement in the class action on COVID-19 stipulated that DOC would provide two soaps to each inmate every week and would clean the day room three times daily with detergent, MCI did NOT actually give two soaps to each inmate per week. In fact, it only gave one soap to me every two weeks and took away my weekly indigent soaps (two soaps/per week in CCI and Garner CI, but only one at MCI. The Counselor at N-Block told Mr. Wang that MCI was "broke" and could only provided me with one indigent soap per week.) Because MCI did NOT fulfill its obligation stated in the settlement, each inmate could sue!

17. On July 11, 2021, when Lt.Harmon (complaints against him in the later paragraphs) was abusing Mr.Wang in the hallway next to the Gym at MCI, one CO had said that he has NOT been vaccinated. To allow COs and other state employees at MCI to work in close contact with inmates is endangering inmates' lives and health. Mr. Wang had questioned such practice in his letters to Warden, deputy warden, and DOC Commissioner. At the time of preparing this Complaint, no response from any of them is received on the reasons to let unvaccinated COs work at MCI and how many of the COs at MCI have not been vaccinated.

18. The fact that certain COs have been enforcing mask wearing to vaccinated inmates and/or inmates who had been sick with COVID-19 virus before in July 2021 proves that DOC employees have knowledge and trainings about ways, tools, and means to prevent COVID-19 virus from spreading. DOC and its employees' inaction and/or negligence in the year 2020 proves that they had knowingly committed negligence and reckless endangerment of inmates' lives and health. Defendants **Angel Quiros, Administrator Nick Rodriguez, Rollin Cook, Warden Barone, Lt.Harmon, RCOO K. Shea and COO R. Richeson** are liable and being sued in this regard in their capacities as supervisory commissioners, wardens, administrator, and chief operation officers. The names of the COs working at A/P, MCI once become available, more defendants can be added for their failing to provide inmates with basic hygiene materials on April 17, 2020 night.

Deliberate Indifference to Mr.Wang's Medical Needs and Negligence in Treating COVID

19. On or about December 26, 2020, Mr.Wang was tested positive for COVID-19 virus. He was sent to Q-Block, MCI for quarantine. On December 28, 2020, he started to have diarrhea at about 8:00AM. At about 10:00AM he reported his condition to a female nurse. She later checked with him. In the afternoon, a nurse or NA gave Mr.Wang two "koolate" (electrolyte supplements) because his blood pressure was dropping. In the evening, Mr.Wang was transferred to O-Block because he was confirmed to have active COVID infection and was sick. Between 7:00 PM and 10:00PM, he was checked for vital signs. Plaintiff clearly remembers his heart rate was 110/per minutes, diastolic blood pressure was 55 mmHg, and systolic blood pressure was 90 mmHg or below 90 mmHg. Obviously, his vital signs had become more unstable, indicating dehydration (Mr.Wang used to be on the borderline high blood pressure. This made his blood pressure dropping even more significant and concerning). No nurse, NA or doctor offered him more "koolate" or told him what they were going to manage his unstable vital signs. Mr.Wang was weak, dizzy, and almost fainting, especially after the laborous transfer in which he had to move his properties himself to the second floor. He was sweating and so weak that during the transfer he had to ask a black inmate to help him move his properties to his cell on 2nd floor at O-Block. He had no energy to even organize his properties when another inmate was moved into his cell. He made apology to his new celli(roommate) and said he was too tired to do anything, had to leave his bags on the floor, and promised he would organize them (put them in the closet) next day. Fearing he mgiht pass out, he told himself he needed to be

hydrated with electrolyes. However, he did not have any table salt. Therefore, he walked downstair with great difficulty (due to weakness) to the "nursing room", trying to get the same "koolate" he had earlier in the afternoon at Q-Block. There were two nurses (or NA) inside the nursing room: one white, one black. Mr. Wang explained his situation and condition to them, telling them he had diarrhea since the morning, his blood pressure kept going down, his heart rate was 110/minute, he was dizzy, he needed fluid but he did not have table salt. He asked them whether they could give him some "koolate" which he had earlier in the afternoon. The white nurse stayed quiet all the time. The black nurse refused to give him any "koolate", telling him to drink more water. Mr. Wang told her that he did NOT have appetite and was having nausea, very difficult to "push down water"; in addition, water was not good enough to bring up blood pressure or hydrate. The nurse (black one) adamantly refused to give him "koolate" or did anything to help Mr. Wang. She also refused to alert other nurses or doctors about Mr. Wang's condition and requests. The white or Spanish nurse or NA in the same room had heard my conversation with the black nurse, but she NEVER spoke a word or intervened. She is liable to being negligence, too, to Mr.Wang's medical emergency. Her name can be added as a defendant once it is known during the discovery.

20. In his desperation (because he still wanted to live), Mr. Wang told the black nurse that if he were at the hospital with such unstable vital signs and critical medical conditions, he would have been given fluid infusion. The black nurse answered immediately, "You are not in a hospital." Maybe my desperate talk caused the attention of a black nurse or doctor who was taking care of other inmates. He heard my last conversation with the black nurse and came to me to say, "I will give you some Koolate." He went inside the nursing room and came out to give me a "stick koolate". He promised me, "I will give you more tonight." I explained to him my unstable vital signs and diarrheas. He seemed quick to understand what I was talking about and reassured me that he would take care of me. However, he had NEVER come back to me or given me more "koolate sticks"either by himself or any other medical staff. He will become a defendant if his name is known, even though Mr.Wang was grateful to him because he at least seemed to understand the critical conditions and the seriousness of the unstable vital signs in Mr.Wang which warranted his immediate attention (for a moment, though).

21. Mr. Wang had written a request and complaint to the medical director and doctor at MCI the next day or on December 30, 2020, asking themto conduct an investigation on the incident of December 28 in which the black nurse and other medical staff had failed to take care of his unstable vital signs. The MCI director or medical doctor had NEVER responded to Mr.Wang's requests. Therefore, **RCOO K.Shea and COO Richeson**, the two defendants in this Complaint had committed negligence in their superivising their medical staff in patient care at MCI. ALL the medical staff working at the COVID-19 Block on 12/28/20 night and their supervising doctors or nurses had committed the negligence and indifference to Mr. Wang's medical emergency, especially the medical staff who had taken Mr.Wang's blood pressure on 12/28/20 night and had failed to take actions to address Mr.Wang's unstable vital signs. They will be

added as defendants once their names are become known to the plaintiff. Both DOC commissioners, Mr. Quiros and Mr. Cook, and Warden Barone are sued in their capacity as the heads of DOC or MCI.

22..On April 26, 2021 Mr. Wang had sent Warden K. Barone a request asking her to provide him with the name of the black nurse who had ignored Mr.Wang's medical emergency on 12/28/20 night. Warden Kristine Barone gave Mr. Wang two names to contact: RCOO K. Shea and COO R. Richeson. Again, this proves Warden Barone usually is responsive, although on certain serious issues such as Lt. Harmon's racism, abuse, harassment, and discrimination against Mr. Wang in July 2021 (details in the later paragraphs), defendant Barone was NOT so "responsive", or at least has NOT yet responded. Mr. Wang sent a request to COO Richeson on 04/27/2021. On June 10, 2021, RCOO K. Shea had given Mr. Wang the name of the black nurse who was indifferent to his medical needs on 12/28/2020: **Marie Charles.**

23.Therefore, **Defendant Marie Charles** had committed negligence and flagrant indifference to Mr. Wang's critical medical needs and had seriously endangered Mr.Wang's life on 12/28/2020. She had caused pain, anguish, and physical harms to plaintiff and had recklessly endangered Mr.Wang's life. She and other medical staff at MCI might have caused unnecessary deaths to inmates when they were sick with COVID-19 and were housed at MCI COVID-19 Block. News reports say that the death rate among prisoners in USA is 2.5 times higher than the death rate of the people outside the jails when they were infected with COVID-19. This is unacceptable and proves DOC had violated inmates' Eighth Amendment Right.

24.At COVID-19 Block (O-Block) Mr.Wang had witnessed the medical staff (nurses or nurse assistants) using all different kinds of **sphygmomanometers** to measure patients' blood pressure. Some sphygmomanometers' cuffs were applied to forearm, some to lower leg. Obviously, some sphygmomanometers had not been calibrated, because when the reading of blood pressure from a sphygmomanometer was too low, the nurse or NA would use a different sphygmomanometer to re-measure the patient's blood pressure and this different one gave an even lower readings and the nurse/NA looked exasperate and gave up the second one and returned to the first one. Obviously, the nurse/na was trying to use an uncalibrated, different sphygmomanometer to obtain a "spurious normal" blood pressure, so they could shun their responsibility in failing to manage the critical patients properly if the patients' "crashed" later or died. What they were doing or practicing (using different sphygmomanometers to get a "spurious normal" readings of the blood pressure) is a crime, not just a medicalmalpractice, because nurses, doctors or NAs ALL have been told in their medical trainings that uncalibrated sphygmomanometers will give spurious readings. In order to make a patient's blood pressure look normal, it is a crime to knowingly use the uncalibrated sphygmomanometers to achieve such goal (obtain an spurious normal blood pressure) and would do great harm to the patient. Plaintiff had witnessed such practice again at MCI Medical Clinic when his blood pressure was high at the first measurement, the nurse tried to use a different one which had given an even higher readings, so she had to use the first sphygmomanometer to re-check his BP.

25.Mr. Wang probably has become a COVID-19 "long-hauler" because when he tries to do some exercise since March 2021., he becomes short of breath and quickly exhausted in less than five minutes (such as doing slow jogging, squatting, etc.) His heart and lungs may have been seriously damaged by COVID-19 virus. The negligence and indifference of the medical staff in treating his COVID-19 had caused much damage to his body. When he was at COVID-19 Block, there was one time his blood oxygen saturation level was about to drop to the level of below 90 percent, the nurse/NA asked him urgently, "Breathe, quick, breathe quickly!" With quick, deep breath, his oxygen level had NOT gone below 90 percent. And the nurse/NA was content to leave Mr.Wang. They did NOT come back until about 12 hours later to check again. They had NEVER thought or bothered to think that Mr.Wang might need oxygen supplement and be hooked up with oxygen nasal cannula, or he might need to be sent to the hospital. Mr.Wang might have passed out in his sleep. He was so weak and could never tell even when he had actually passed out in his bed. Mr.Wang did not die at COVID-19 Block in MCI, but some inmates did die from COVID-19 at MCI. Like recording spurious normal blood pressure, ignoring the declining oxygen level in Mr.Wang's blood in late December 2020 and early 2021 is a crime committed by the cruel, indifferent, and ignorant medical staff at MCI. Defendants Warden Barone, COO Richeson, RCOO K.Shea, and Commissioners Mr. Cook and Quiros had committed their negligence and violated Mr.Wang's Eighth Amendment Right in their capacities as Commissioners, Warden, or medical chief operating officers.

26.Obviously the cruelty of NOT sending seriously sick, unstable COVID-19 inmate patients to a hospital was a pattern and an institutional problem. DOC facilities are really NOT a "hospital". Inmate "Gary Elston" was down with COVID-19 infection on or before 12/20/2021. He was 71 years old and his medical condition was unstable. However, MCI kept him at MCI, a prison, NOT a hospital, for two or three days until Elston was CODED (dying or crashing). Such indifference to inmates' critical medical needs is a crime (deliberately and knowingly keep them at the facilities where no emergency room or ICU exists), because it, too, is a pattern of MCI's or DOC's medical malpractice: when several days later Mr.Wang's vital signs became unstable and was "crashing" at the COVID-Block (where even without a nurse or NA on-call 24 hours). The black nurse or NA Marie Charles unabashedly, callously, and coldly told Mr.Wang that Mr.Wang did NOT need fluid supplement for his dropping blood pressure and dehydration (due to diarrhea and insufficient intake of liquid) because "You (=Mr.Wang) are NOT in hospital." To keep a critically-illed inmate patient at MCI became the rationale and excuse NOT to treat the patient. DOC knew it; Wardens knew it. They thought they are immune to any liability because of the settlement of the class action (please refer to Exhibit One). COVID-19 virus can only be brought to inmates by the state employees. On 07/11/2021 night when Lt.Harmon was abusing and harassing MrWang (the moment when Mr.Wang had actually donned a mask), another CO had said that he was NOT vaccinated. Therefore, throughout the pandemic, it is a pattern of DOC and MCI to endanger inmates' life and be indifferent to inmates' medical needs after they became critically ill.

Psychopath Lt. Harmon's Racial Profilings, Abuses, Harassments, Threats and Sadism

27. Defendant, **HARMON** (first name unknown), is a black employee with a title of "Lieutenant" at MCI. Lt. Harmon is a psychopath. He has used confusing Mask Wearing Policy at DOC in May, June, and July 2021 to engage in racial profiling and to abuse and harass his preys (inmates) in order to satisfy his irrepressible sadism, egoism, and egotism, just like certain abusive and sadistic COs using the hard-to-enforce policies such as "No clothes line in the cell" or "No aluminum foils on the window" to target certain inmates at their whims for intimidation, abuse, and discrimination (sometimes it is more likely for retaliation). The signs and symptoms of Lt. Harmon's psychopathy are: He is a Lieutenant and when he wants to talk to an inmate, the inmate must stay with him, talk to him, answer his questions (Most of his questions are not about the subject matters of the concerned policy; they are more about Lt. Harmon's intimidation and threatening, such as "Where are you from?", "When did you start working in the kitchen?", "I can charge you for trying to escape", "I can send you to Seg.", "You are on my radar now", "so you are saying that you don't care about your own health, you only care about other people's health. Is that what you're saying?", "You think you don't have to wear a mask because most other inmates do not wear a mask?", "I got you again. I told you I will give you a ticket when I see you do not wear a mask again."); He would use a seemingly legitimate question to open a talk and then his talk quickly turns to illegitimate interrogation and intrusive prying to satisfy his pathetic curiousities and unquenchable cravings for a stranger's personal information and/or sacred privacy. Like a rapist, Lt. Harmon always uses coerce and threat. He wants to mentally rape and penetrate into a person's inner world, but as a coward and thief, he couldn't achieve such gratification by persuasion. Instead, he like a pervert uses his self-aggrandized power (something he himself perceives as "powerful" and hold dear) and can not wait a second to declare to his preys "I'm a lieutenant; you must obey me!" All rapists are the same. They want to control their preys and as if told them that "Whenever I want you, you must come to me." Trust this Plaintiff: Lt. Harmon will manipulate the system and his colleagues in order to be successful for higher ranks. He will always goes back to his victims if abusing his victims can prove to Lt.Harmon's bosses that he is actively doing his job and his performance is splendid, while what he does is non-significant or despicable. His goal is to command attention and to get promotion.

28. On July 11, 2021 evening at about 8:05 or 8:15 PM, Mr. Wang was on his way to the Gym Rec (inmates recreation time at Gym). In the hallway next to the Gym, a white CO asked Mr. Wang to put on a mask. Mr.Wang told him that he had already got sick with COVID-19 before (meaning that he has immunity to the virus) and "everyone (inmates) was vaccinated". The CO insisted, and Mr.Wang turned around, went back to his cell, donned a mask, and came back to the same hallway. This is when defendant **Lt. Harmon** started to harass and abuse

Mr. Wang with sadism and gusto. Lt. HARMON first asked Mr. Wang to surrender his ID to him. Lt. Harmon took Mr.Wang's ID and asked, "Why your ID is wet?" Mr.Wang replied, "I've just washed my hands." After reading Mr.Wang's name (the ID was kept in Harmon's hand throughout the entire encounter), Lt. HARMON asked Mr. Wang why he didn't wear a mask at first. Mr. Wang gave defendant Harmon the same answer:"I've got the virus already, everyone was vaccinated and tested negative recently,"etc. A black CO next to Harmon said immediately, "I've not been vaccinated." Lt. Harmon was not happy with Mr.Wang's answer and continued to press on the issue. Sensing that defendant HARMON and other CO were delaying him to go to the Gym (because every other inmates were inside the Gym at this moment and the door of the Gym was closed already), Mr. Wang earnestly told them that "I'm wearing a mask now. I have followed your order. Please let me go to the Gym." Obviously, Defendant HARMON was not finished with the Plaintiff Mr.Wang. Harmon asked, "Where are you from?" (Usually when people ask Mr.Wang this question, they mean which country Mr. Wang was originally from.) Mr. Wang's mind was on the Gym so he was not in the mood to dally with Lt. HARMON. Mr.Wang answered, "I'm from the kitchen block." Lt.HARMON continued immediately, "When did you start working in the kitchen?" Knowing his own situation, Mr. Wang told Lt. HARMON, "Soon!". Mr. Wang asked Lt. Harmon again, "Please let me go. I'm wearing a mask now." Defendant Lt.HARMON was bent on his business of harassing Mr. Wang. HARMON said in a serious tone, "I'm a Lieutenant. When I want to talk to you, you must talk to me. When I ask you question, you must answer." Mr. Wang told Harmon, "I just want to go to the Gym. I have already followed your order to wear a mask. I will be more than happy to answer ALL your questions if you set up another time." Lt. HARMON was not in haste and said, "You need to answer my question. When did you start working in the kitchen?" NOT wanting to repeat answer "Soon", Mr. Wang said, "The Governor said that the vaccinated people do not need to wear a mask. I'm wearing a mask now. Please let me go." Lt. Harmon did NOT let Mr. Wang go to Gym without issuing a threat to him:"Next time when I see you again, if you do not wear a mask, I am going to give you a ticket." Inside the Gym and during the whole recreation time, at least ten (10) inmates were engaging into contact sport without wearing a mask. They often touched each other and in each other's face. No CO or Gym supervisor ever mentioned or remind that they needed to wear a mask. On their way out of the Gym when the receation time was over, almost ALL of them only had the masks in their hands without wearing them on the faces. They were panting and sweating. No CO pointed them out to wear the masks on the faces. Obviously, Lt. HARMON was targeting Mr.Wang for abuse and harassment, using him as a poster boy. The problem is NOT that the white CO ordered Mr. Wang to wear a mask. Mr. Wang has NO problem to obey DOC policy. The problem is: when Mr. Wang followed the order and had a mask on his face, defendant HARMON started to abuse and harass plaintiff and the questions went from wearing a mask to those which have nothing to do with mask wearing. Plaintiff did NOT remember that he had ever met defendant HARMON before 07/11/21. Mr. Wang was respectful to COs on 07/11/21. He had also followed their order.

29. Plaintiff Mr.Wang had sent a request and complaint to Warden Brone, asking her to clarify DOC's policy for mask wearing, because since May 2021 the ficility seems to have open up, and everything starts to normalize, such as inmates go to the dayroom without masks on and eat the meals at the tables with each other without a mask on. It is reasonable for an inmate like plaintiff to be confused. He follows DOC rules and he follows flow. Mr.Wang had also asked the Warden to conduct an investigation on Defendant HARMON's abusing and harassing him on 07/11/2021. Before hearing anything from the Warden, on July 14, 2021, Mr Wang sent a request and complaint to the Deputy Warden at MCI and DOC Commissioner. Plaintiff had asked them similar questions for policy clarification and furthermore, he asked them to investigate Lt. Harmon's possible racial profiling and racism against Mr.Wang on July 11, 2021 because defendant Harmon had singled out Mr.Wang for the enforcement of DOC policy for wearing a mask and for abuse, harassment, and threat (because DOC has continued to allow many inmates to move around in the facilities and participate in sports without wearing a mask, Lt.Harmon's threat to give Mr.Wang a ticket is uniquely targeting him for discrimination, which can only be explained by race or origin of country). Considering the resentment of the Americans toward Chinese because the origin of COVID-19 and the pandemic of "Asian Hate" (Hate Asians!) in America since 2020, Mr.Wang had reminded the deputy warden and DOC Commissioner that not to make him a target of COs' and inmates' retaliation or violence. Mr.Wang is NOT paranoid, considering the increased incidents in which Americans attacked Asiansin USA and Lt. Harmon's targeting him for the confusing and now often unenforcing policy of wearing a mask. [When Lt.Harmon was abusing and harassing Mr.Wang on 07/11/21, Mr.Wang was wearing a mask ALL the time. Lt. Harmon's abuse under such circumstance includes both targeting Mr.Wang for differentiating enforcement of DOC's policy and abusing him even when he had followed the order and was wearing a mask, a sign of Mr.Wang's compliance to CO's order and DOC's policy.]

30. Before Mr. Wang heard anything from MCI Warden, Deputy Warden, and DOC Commissioner, on July 19, 2021 night, true to defendant Harmon's word, Lt. Harmon had issued Mr. Wang a ticket for not wearing a mask in his housing unit (L2-Block), when the majority of the unit (L2-Block) inmates were not wearing a mask and Mr.Wang was by himself alone in the typing room during the Rec Time (Recreation Time). Briefly, during the night Rec Time at Mr.Wang's housing unit (L2-Block), as usual most inmates did NOT wear a mask. Mr. Wang was alone in the quiet room (or typing room) next to "the Bubble", typing his legal papers. (He had practiced social distance!) At about 9:45 PM (the regular time when Rec finishes) when the Rec Time finished, Mr. Wang did NOT hear the announcement and the CO banged on the window to inform him about the end of the Rec Time. Mr.Wang rushed out of the quiet room and returned the typewriter. He immediately headed to his cell but Lt. HARMON detained him at the dayroom. Lt.Harmon was accompanied by CO Agosto. Lt. Harmon took Mr.Wang's ID, then questioned Mr.Wang, "Why are you late?" Mr.Wang told Lt.Harmon, "I was in the typing room and did not hear the announcement." Lt.Harmon said to Mr.Wang,

"I can charge you for trying to escape and send you to Seg (seggregation)." Mr.Wang got panic and scared, said, "It is a mistake. I was in the typing room alone and there was no clock." He then repeated the questions he asked Mr.Wang on 07/11/2021 night in the hallway next to the Gym. Then Lt.Harmon asked Mr.Wang, "How about tonight? Why you do NOT wear a mask?" Mr. Wang told him, "Most inmates did NOT wear a mask tonight. I just followed the flow. In addition, I was in the typing room by myself the whole Rec Time, not contacting any other inmates." Mr.Wang also told Lt. Harmon that he had written a request to Warden, asking her to clarify the policy of wearing a mask but "have not yet heard from the warden." Lt. Harmon said to Mr.Wang, "So you don't care about yourself; you only care about others?" Mr.Wang told him, "(I care about) both." Lt. Harmon continued to repeat the same questions why Mr. Wang was late (overstayed) when the Rec Time was finished and why Mr.Wang did not wear a mask "tonight" (07/19/2021). Mr.Wang continued to give him the same answers. Lt. Harmon confiscated Mr.Wang's ID and told him that he (Lt.Harmon) was going to write him (Mr.Wang) a ticket. At about 12:30 AM, 07/20/2021, Lt. Matthew delivered a disciplinary ticket to Mr. Wang, asking him to sign, and threatening him that if Mr.Wang did NOT sign the ticket, there would be more penalty. An official ticket was delivered to Mr.Wang at about 4:30AM, 07/20/2021.

31. At about 8:20 AM, 07/20/2021, COs Harvey and Culp came to L2-Block to deliver a copy of the same ticket to Mr.Wang and to conduct an "investigation". Mr.Wang made a statement at their request and let them make a copy of the Complaints and Requests he had sent to Warden Barone, Deputy Warden, DOC Commissioner, and others regarding Lt.Harmon's abusing and harassing him, racially profiling him, and discriminating against him. COs Harvey and Culp said to Mr.Wang that an advisor would be assigned to him for the investigation and later hearing. They gave Mr.Wang three names to choose from. Mr. Wang told them that he did NOT want CTO Rodriguez to be his advisor because he had filed complaints against CTO Rodriguez before. Mr. Wang chose CTO Ms. Searson as his advisor. At about 9:40AM, 07/20/2021, CTO Searson came to Mr.Wang at the "Courtyard" to collect information about the ticket. Mr.Wang gave her the same information as he gave to CO Harvey. Mr.Wang had told both Havey and Searson that Lt.Harmon was "picking on"him, because he did nothing wrong or he did the same thing as many other inmates in the unit (L2-Block). While COs Harvey, Culp, and CTO Searson were talking to Mr.Wang under different circumstances at L2-Block, they could see many inmates did NOT wear a mask and were interacting with each other at close distance. They appeared to understand what Mr.Wang meant when he said that Lt.Harmon was targeting him and "picking on" him for harassment. Mr.Wang clearly told them that he did NOT have problem to follow DOC's and MCI's rules.

32. On 07/29/2021 at about 10:00AM there was a hearing. The hearing was held at L2-Block in the room next to the counselor's office. The panel comprised of COs Harvey, Bertrand, CTO Rodriguez (whom I had told them I did NOT want as my advisor), and "Judge" **Grimaldi.** For his defense, Mr.Wang repeated to the panel that he had NO problem to comply with DOC's

rules, he was NOT against DOC's policies, and he had always followed COs' orders. Mr.Wang emphsized to them that he was following "the flow" not wearing a mask on 07/19/2021 and he was alone in the quiet room (typing room) not contacting any other inmates during the whole Rec Time. Mr.Wang told them that Lt.Harmon was targeting him, singling him out for abuse, harassment, and racial profiling. Mr.Wang had repeatedly asked the Kangaroo "Judge" CO Grimaldi and other members of the panel to go out to the dayroom "now" and to see for themselves how many inmates did not wear a mask at that moment. None of them dared to go to the day room to check that out. Mr.Wang had made it clear that he was NOT challenging DOC's policies or refusing to comply to DOC's rules. He made it a key point that DOC or MCI had NOT enforced the policy of mask wearing since May 2021 and that Lt.Harmon gave him a ticket is an act of "picking on" him and discriminating against him by unequally enforcing the mask wearing policy. The hearing Panel did NOT want to check out the facts that MCI does NOT really enforce the mask wearing policy and a great many inmates do NOT wear a mask when they are outside their cells, and the Panel did NOT want to accept Mr. Wang's auguments at the hearing and in his Complaints sent to the Warden, Deputy Warden, DOC COmmissioner and others that Lt. Harmon was targeting Mr. Wang (Mr.Wang was on Lt. Harmon's radar), singling Mr.Wang out to enforce the mask wearing policy and to give Mr. Wang a ticket, and harassing Mr. Wang out of Lt. Harmon's own racism and Asian-Hate. The Panel found Mr. Wang "guilty" for not wearing a mask and thus reaffirmed and reenforced Lt.Harmon's practice of racism, racial profiling, and AsianHate.

33. Mr. Wang was extremely disappointed with the Hearing Panel's decision, and he sank into acute depression. For next several days he had lost appetite, become lack of energy, lost desire to come out his cell or to make contact with other inmates. He got scared to come out his cell, worrying that Lt. Harmon or other COs will give him a ticket or send him to Seg for no reason or at their whim. Mr.Wang dared not going to the Medical Clinic to pick up his Bulk Medicine because the Lieutenant Office is right next to the Medical Clinic. Obviously, the City of Norwich at Connecticut is correct to declare that racism is the most severe health risk. What makes Mr.Wang especially depressed is that he had done his due diligence to file complaints to MCI Warden, Deputy Warden, and DOC COmmissioner ever since 07/11/2021 when Lt. Harmon abused and harassed him the very first time. He had pointed out to those "Leaders" about Lt. Harmon's harassment, MCI's inconsistency in enforcing the mask wearing policy, Lt. Harmon's racial profiling in enforcing the policy, and Lt. Harmon's discrimination against Mr.Wang. Obviously, the Warden, Deputy Warden, and DOC Commissioner know the reality at DOC and MCI regarding the enforcement of the mask wearing policy and are well informed about Lt. Harmon using the confusing Mask Wearing Policy to practice racial profiling, racism, discrimination, and AsianHate. Those DOC and MCI "leaders" did NOT order a proper investigation for the truth of Lt.Harmon's racism, and they did NOT stop the Hearing Panel from reaffirming Lt.Harmon's racism. Therefore, Lt.Harmon's racism and AsianHate reflect DOC, and specifically MCI's institutional racism.

34. In his APPEAL OF ADMINISTRATIVE DECISION, Mr.Wang wrote, "The reason I appeal is that Lt.Harmon was actually harassing me for abuse by using racial profiling to target me to enforce the mask-wearing policy which MCI has NOT actively enforced since about May 2021 and most inmates (more than 50%) do NOT wear a mask at L2-Block (Mr.Wang's housing unit) during Rec Time, going to Gym, or at the Gym and outdoor Rec Time. MCI has even held regular basketball matches for inmates from different blocks and definitely those inmates did NOT wear a mask during the matches. A black inmate at L2-Block told me on 07/20/2021 that Lt. Harmon was discriminating against me because he saw Lt. Harmon often and he did NOT wear a mask and NEVER got a ticket or warning from Lt.Harmon. A white inmate at L2-Block said to me that Lt. Harmon gave me the ticket because I am a Chinese. A black inmate warned me to be careful because nowadays lots of people hate Asians. Lt.Harmon admitted himself that I was on his radar (I did NOT remember ever meeting Lt.Harmon before 07/11/2021 when he first harassed me on 07/11/2021 night. Only my look or appearance can explain why I am on Lt.Harmon's radar. Lt. Harmon did NOT know me before 07/11/2021)"

35. Even COs had bad words to say about Lt.Harmon. A white female CO said to Mr.Wang that Lt. Harmon is "insane, out of his mind, psychopathic". A black CO said Lt Harmon is a "psychopath". After the Hearing, CO Agosto, the one who accompanied Lt.Harmon on 07/19/2021 night when Lt.Harmon was threatening to charge Mr.Wang for trying to escape, had even asked Mr. Wang with concern, "How are you doing? Are you ok?" It seems a few COs and staff are quite "sympathetic" to Mr.Wang because they had NEVER heard any inmate ever got a ticket for not wearing a mask at MCI since the beginning of the COVID-19 pandemic.

36. Warden had clarified DOC's policy regarding wearing a mask to Mr.Wang on 07/19/2021, but her answer had NOT reached Mr.Wang until 07/21/2021. Deputy Warden had forwarded Mr. Wang's complaints to the night shift commander. And DOC Commissioner had NEVER responded to Mr.Wang's complaints. They ALL had NOT made comments on Lt.Harmon's harassing and abusing Mr.Wang. They did NOT say anything about Lt.Harmon's racial profiling and racism. They did NOT say a word about why DOC allows unvaccinated COs to work in close contact with inmates, neither did they say anything about the inconsistency at DOC in enforcing the policy of mask wearing. Therefore, not only are they responsible for Lt.Harmon's racism and institutional racism at MCI, but also responsible for not taking proper action or measures to control the spread of COVID-19 at MCI and to treat the COVID-19 infected inmates properly (such as sending patients to the hospital when patients' vital signs became unstable and critical). The inconsistency in enforcement of the mask wearing policy and the indifference to COVID-19 patients' medical needs are integrated and symbiotic at MCI and are institutionalized. <u>The abusing and harassing Mr.Wang, the racial profiling and discrimination against Mr.Wang, and the negligence of Mr.Wang's critical medical conditions after he was infected with COVID-19 in late 2020 are two sides of the same coin:</u> the cruelty to Mr.Wang. (A great majority of COs at MCI do NOT wear a

mask, do not enforce the policy of mask wearing, and there are COs unvaccinated working in close contact with inmates. The defendants know the facts, but are hypocritical in supporting Lt.Harmon's racial profiling, racism, sadism, and AsianHate.)

37. The following facts need to be noticed: Mr.Wang is the only Asian at L2-Block which houses about 90 inmates. In a little more than one year, Mr.Wang had been moved within MCI from N-Block to O-Block, from O-Block to H2-Block, from H2-Block to L2-Block, and including in COVID-19 Blocks, Mr.Wang is the only Asian. At Gym Rec, more than 90% of the inmates at the Gym were Black on 07/11/2021 (not including inmate workers). At L2-Block on 07/19/2021 night, there were probably more than 10 black inmates who did not wear a mask. Lt.Harmon is a Black. Among inmates who play basketball at Rect Time, at least 90% of them are Black. They do NOT wear a mask during the Rec Time or game time. It is indisputable that **Lt.Harmon, a Black CO himself, was engaging in racial profilig and discrimination against Mr.Wang on 07/11/2021 and 07/19/2021 nights when Lt.Harmon abused, harassed Mr.Wang and gave Mr.Wang a ticket for not wearing a mask.**

38. The members of the hearing panel are ALL white. To uphold Lt.Harmon's racism against Mr. Wang and to endorse Lt.Harmon's abusing and harassing Mr.Wang based on Lt.Harmon's AsianHate is to uphold and justify white people's inherent racism and racial profiling. It is the best scenario for a black racist to attack or cause pain to another minority and then to back up the black racist, because it is the black people who always whine about racism and slavery to justify their lootings and attacking Asians since 2020. NAACP NEVER condemn the lootings and those black people who attacked Asians with vicious violence. At the end, it is white people's responsibility to correct such racism atrocity and institutional racism, because white people are sitting on the top of the society.

39. New York State Attorney General, a black woman, has courage to stick to the truth and facts to find New York State Governor Andrew Cuomo guilty of sexual assault. However, the White panel in Mr.Wang's hearing had NOT done proper investigation or had NO sense of justice to find Lt.Harmon guilty of sadist harassment of Mr.Wang. It is institutional racism, permitted and supported by people (state employees) at MCI and DOC from top down to the bottom.

40. In his letter to Warden Barone and DOC Commissioner Angel Quiros, dated July 22,2021, Mr. Wang said that Lt.Harmon's abusing and harassing him had triggered PTSD in him because he had been abused for no reason before at Garner by the similar sadistic COs and at MCI by COs such as Morales. At Walker CI he had been maced by COs and injured by the CODE team simply because he was tired and did not want to see the psychiatrist immediately. He had detailed those incidents in a civil case against DOC. Mr.Wang had settled the case with DOC under a condi-tion that DOC and its employees will NOT retaliate against him simply because he had sued DOC at U.S. Court. Lt. **Harmon might not know the previous case, but certainly his flagrant, malicious, sadistic threat, abuse, harassment, and harm (or penalty with a ticket) are injurious, hurtful, painful to Mr.Wang's bone.**

Sadism, Racism, Corruption, Cruelty, and Discrimination At DOC

41. Drug was pandemic when Mr.Wang was at Cheshire CI; fermented drink is universal at MCI.Why? Just like COVID-19 virus can only be brought into prisons by state employees, smuggling drugs at CCI is mostly COs related, and making fermented drink ("Pruno"?) by inmates is always under COs' noses. In early (February 8) 2019 two COs at CCI brought Mr.Wang to U.S. Court in Hartford. One of them was waiting outside the buildings at CCI and smelled strongly of marijuana when he got into the car. He was non-stop, chain-smoking on the way to and from the court. And he was abusive and sadistic, NOT allowing Mr.Wang to drink water from the fountain inside the courthouse, and he kept the handcuffs and shackles on Mr.Wang all the time, even inside the "bullpen" and the courtroom. Mr.Wang had to ask the judge during the hearing that the handcuffs be removed so he could locate the pages of his legal documents. At North-3-Block in late 2018, Mr.Wang's celli (cellmate) told him that if Mr.Wang "did something for him (meaning to have sex with him)", the celli would get some drug for Mr.Wang on Christmas day. An inmate reputed to be "drug dealer" had so many inmate friends in the block. When he moved to another cell, he did not even have to move his properties himself. So many inmates came to help him. Mr.Wang had shared the same cell with him for two or three nights. He had nine pairs of nice brand-named sneakers. It is not that CCI did NOT do drug test. In fact, it tested inmates often. And yet, it can NOT stop the drug from coming into the facilities. It was said that one CO even died from drug overdose. Mr.WAng's celli at H2-Block of MCI, Pettyman, is a psychopath and liked to gamble and make fermented drink. Pettyman had comspired with another inmate to steal Mr.Wang's property. After Mr.Wang moved to L2-Block, one of his cellis was making fermented drink all the time. However, MCI could not catch him. There were so many "shake-downs", sometimes even once a week and recently even doing it at unexpected time such as before lunch or dinner, and yet he NEVER got caught. When he got drunk, he became excited and violent. He is volatile generally, like to fight. He could NOT read English in general. However, in the certificate proving he finished the VOICE course, MCI said he was good or excellent at attending the course, recognising his crime's impact, and performing brilliantly for the course. The fact: some one did the home-work for him. Why Mr.Wang mentions him here? Because he is the outstanding example of DOC's staggering failure in USA. He was illegal immigrant, ophaned at 7 years old. He had been imprisoned in both Arizona state and California state. He kept coming back to USA until he killed somebody in Connecticut. When police arrested him in Arizona or California, he'd a gun with him. Police did NOT give him a chance to pull out the gun. However, he would be released soon. All he is thinking now is to rob a bank, come back to USA, etc. Hail, Donald Trump. This inmate had many tickets for violence or contrabands (he might still has a razor blade hiding somewhere in his properties). On contrast, Mr.Wang behaves at DOC all the time, and COs like Rivera and Lt. Harmon abused him and harassed him repeatedly for no reason, or simply because he is a sole Asian (Mr.Wang remembered he saw another Asian in his brief stay at O-Block in mid-2020 at MCI. )

42.ALL the aforementioned become reality because of COs' same bunker mentality and they need to cover for each other. Just like the members of the Hearing Panel in Mr.Wang's case had backed up Lt.Harmon's sadism and racism against Mr.Wang on 07/29/2021, Lt.Harmon and other COs later will need to back up for them and each other when one of them commits a crime, or heinously abuses an innocent inmate. Injustice anywhere is a threat to justice everywhere!

to protest defendant Harmon's racism and racial profilings against Mr.Wang is costly: 2 months mail sanction and 15 more days in jail. (Just one day in prison will be unimaginable for those who have NEVER spent a minute in a prison cell.) DOC commissioners and wardens know such injustice at DOC: Doubledown if an inmate complains. DOC's kangaroo "courts" and the so-called "protocols for grievance" only reinforce its institutional racism, sadism, and COs' same bunker mentality in committing crimes or abusing well-behaved, peaceful, or innocent inmates.

**The Depth and Intensity of Lt.Harmon's, MCI's and DOC's Malice and Hate**

43.The desire, eagerness, viciousness, and malice for Lt.Harmon and the Hearing Panel to harm and hurt Mr.Wang are extreme, enormous, cruel, and horrendous. The Attorney General of the State of New York announced that Governor Cuomo had sexually harassed **multiple** women. The word **multiple** represents 11. In his ticket to Mr.Wang, Lt.Harmon alleged that he had told Mr.Wang to wear a mask on "multiple" occasion. That multiple represents 2. Mr.Wang had only met him twice: one on 07/11/21 and another one on 07/19/21. And Lt.Harmon had used the so-called mask wearing policy to open a talk with him and from the very beginning started to abuse **Mr. Wang,** harass Mr.Wang, and most terribly threaten him with serious charge and punishment. The Panel Members imposed two-month mail sanction and 15 more days of jail time on Mr.Wang; they had told Mr.Wang that he can NOT write or send any letters to the Warden and DOC commissioner (although the Unit counselor and manager told Mr.Wang that he can send legal mails out). Lt.Harmon and MCI as an institution have the same mentality of a rapist, kidnapper, and/or child molester: to keep their victims quiet about their dirty crimes! Their malice and hate are pure evil, because Mr.Wang had done nothing wrong and they used the power of a whole institution and of Government to molest Mr.Wang, again and again!

44.Mr. Wang had in fact NOT violated DOC's COVID-19 protocal on both July 11, 2021 and July 19, 2021, according to DOC's **COVID-19 Operational Response Plan-Transition Phase Effective May 19, 2021** (Exhibit Two ). In this Plan dated May 18, 2021 in the name of Deputy COmmissioner William Mulligan, it says, "Gym and outside recreation shall be allowed, masks must be worn in the gym and whenever distancing cannot be observed outside." This indicates that if social distancing is practiced, one does NOT need masking. It also indicates that Warden Barone was wrong in her reply to Mr.Wang saying that inmates need to wear a mask whenever are outside their cells. At the end of Mr.Wang's appeal,DOC used lies to rule against Mr. Wang (Exhibit Three):It falsely states that Lt.Harmon gave Mr.Wang a direct order to put his mask on and Mr.Wang refused. Truth:Harmon had NEVER asked Mr.Wang to put his mask on-on 07/11/21, Mr.Wang had a mask;on 07/19/21, Harmon had NEVER requested Mr.Wang to put his mask on. Mr.Wang would NEVER disobey an order like that.

## Hypocrisy of DOC and MCI in Controlling COVID-19 Epidemic

45. Just like New York State Governor is an advocate of anti-sexual harassment, supporter of Me-Too movement, and had signed a bill of anti-sexual harassment into the law, DOC has a standing policy that inmates must wear a mask whenever they go out of their cells. Just like New York State Governor Cuomo had immediately groped and sexually harassed one of his assistants one day after he had signed the anti-sexual harassment bill, DOC and/or MCI had NOT fulfilled the terms of the settlement in the COVID-19 Class Action, has allowed many unvaccinated COs to work in close contact with inmates, does NOT actively enforce the mask wearing policy since May 2021, let inmates (even from different blocks) engage in contact sports without wearing a mask, let inmates eat food together at tables in dayrooms without wearing a mask, let majority (more than 50% of the inmate population) of inmates walk in their dayrooms during the Rec Time without wearing a mask, and back to the time when the pandemic was at its peak, kept dying or unstable inmate patients at MCI (which is NOT a hospital) and had in reality had caused some of them dying from COVID-19. For DOC/MCI which had done so much harm to inmate patients and was so cruel to some of them who had died due to MCI's negligence, to issue a ticket by Lt.Harmon to Mr.Wang for NOT wearing a mask (the first time when defendant Harmon was abusing and harassing Mr.Wang, Mr.Wang had a mask on his face; the second time when Lt.Harmon harassed Mr.Wang again and gave him a ticket, Mr.Wang was by himself, staying away from all other inmates during the whole Rec Time) is a joke, irony, racial profiling, and hypocrisy; to uphold Lt.Harmon's sadism, harassment, racial profiling and racism by the hearing panel is an institutional corruption, sadism, and racism; and <u>to punish Mr.Wang with two-month mail sanction and 15 more days jail term is an institutional crime, cruelty, modern day lynch, and AsianHate.</u> (Only until about mid-August 2021 when the Delta variant of COVID-19 becomes topic of the news, do some MCI COs start to remind inmates to wear masks during Rec Time.)

46. In late December 2020 MCI medical staff neglected Mr.Wang's critical condition and refused to provide him with any treatment (a stick of "Koolate" is equal to no treatment) to correct his dropping blood pressure and to give him oxygen when his blood oxygen was about to go below 90%, Mr.Wang has NOT yet sued DOC. In July 2021, Lt.Harmon gave Mr.Wang a ticket for NOT wearing a mask, a petty "offense" and almost nothing when MCI was openned up since May 2021, majority of inmates were not wearing a mask, majority of COs did NOT enforce the mask wearing policy, and inmates from different blocks were playing basketballs at GYM without a mask. What a contrast in humanity<u>between</u> Mr.Wang and Lt.Harmon! And for the hearing panel to uphold Lt.Harmon's racism and sadism against Mr.Wang further proves that the AisanHate and racism at MCI is institutional and the cruelty is institutional. (If an inmate protests and challenges DOC employees' misconducts, the chain of command and the so-called hearing at DOC's "Kangaroo" court will always double-down, find him "guilty", and impose heinous penalty to deter any inmate from challenge DOC's injustice at any time.

## V. EXHAUSTION OF LEGAL REMEDIES

47. In every abuse mentioned in this complaint, Mr.Wang had always reported to the relevant supervisors, managers, captains, and wardens verbally or in writing in order to solve it informally. The reason ALL the afore-mentioned abuses, harassments, neglects, negligence, indifference, and injuries are brought into this lawsuit is because MCI insists on their mistakes, crimes, misconducts, negligence, and indifference, or MCI has NOT responded to Mr.Wang's complaints. Regarding Lt.Harmon's abusing, harassing, and racial profiling Mr.Wang, MCI Warden and DOC COmmissioner had sided with Lt.Harmon and told Mr.Wang that Lt.Harmon had done nothing wrong (Exhibit Four). They failed to appreciate Mr.Wang's vivid description about Lt.Harmon's ugly and sadistic abuses to Mr.Wang: Mr.Wang intended to tell tham that Lt. Harmon was abusing Mr.Wang methodologically and "professionally", like a London policeman used a young woman's trust in the police to stop the woman, rape her, and murder her. At the end of the appeal, as being pointed out on page 17 (Paragraph 44), DOC used lie to rule against Mr.Wang (Exhibit Three). Lying is one feature of the psychopaths, the last piece about Lt.Harmon and DOC which Mr.Wang has NOT yet stated against them. At MCI, Lt.Harmon's racial profiling, racism, sadism, and hearing panel's cruelty and sadism prove that the racism, racial profiling, sadism, and AsianHate against Mr.Wang are institutional. Warden, deputy warden, and DOC commissioner's inaction and no response regarding Lt.Harmon's racism and sadism prove that the problems can NOT be solved at MCI and DOC. The medical indifference and negligence are institutional, too. Patients had died from COVID-19 because MCI kept unstable patients at MCI and did not treat them when the vital signs of the patients were unstable. Medical director or doctors knew it; warden knew it; and DOC knew it. In 2012 and 2013 when Mr.Wang was housed at MCI, he was receiving lactase supplement. His medical records reflect such facts. Before Mr.Wang being transferred to MCI on 04/17/2020, he was receiving lactase supplement at CCI. MCI medical staff knew that fact and in their computer system they could find such records about Mr.Wang's lactose intolerance. However, they neglect Mr.Wang's need to take lactase on daily basis. It is deliberate. Mr.Wang had even reminded them of such fact, and yet they continue to neglect his medical needs. Using uncalibrated sphygmomanometers is wrong, and when Mr.Wang asked them to "double check" his blood pressure when he suspected something was wrong with the sphygmomanometer, nurse or NA always refused. However, they would "double check" with a different sphygmomanometer if they wanted a "normal reading" or wanted to make the blood pressure normal. The negligence in taking effective measures to control COVID-19 is institutional and deliberate, too. DOC allows unvaccinated employees to have close contact with inmates. Warden knows it; Commissioner knows; and Mr.Wang had informed them when Mr.Wang was protesting DOC hypocrisy in giving him a ticket for not wearing a mask.The fact that the Hearing Panel found Mr.Wang "guilty" and kept returning Mr.Wang's properly filed APPEALs proves that the wrong by DOC can NOT be corrected at DOC about Harmon's racism and sadism.

## VI. LEGAL CLAIMS

48. Plaintiff re-alleges and incorporates by reference paragraphs 1- 47.

49. Mr.Wang has learned from U.S. Court that prison should be livable and inmates should be treated same and equally under the same situation. Obviously, on 07/11/2021 night, Lt. Harmon was engaging in racial profiling and discrimination against Mr.Wang becuase inside the Gym, more than 90% inmates did NOT wear a mask and they were playing basketball or doing work-out. During the whole Gym Rec, Mr.Wang was the only Asian, and many inmates did NOT wear a mask on their faces when they walked back to the unit via hallway. Mr.Wang was the only inmate being singled out by Lt.Harmon for abuse and harassment (Mr.Wang was in fact wearing a mask when Lt.Harmon started to talk to him and harasshim). On 07/19/21, at L2-Block dayroom many inmates (more than 10) did not wear a mask and Mr.Wang was in the quiet room without contacting any other inmates. He was alone in the quiet room during the whole Rec Time. Mr.Wang was the only Asian in a block of nearly 100 inmates. Lt.Harmon had singled him out for abuse and harassment and Lt.Harmon had always threatened Mr.Wang in both occassions of their encounter (the only two encounters they ever had at MCI up to August 2021). Lt.Harmon told Mr.Wang that Mr.Wang was on Lt.Harmon's radar.This is clearly a targeting and profiling because Mr.Wang is the only Asian and looks different from other inmates.Because Mr.Wang had done nothing wrong or he did what the majority of other inmates did under the same circumstance or situation, giving him a ticket has made Mr.Wang's life unlivable: he became scared of coming out of his cell or going to medical clinic to pick up his bulk medicines (He told CO Martin that he worried that Lt.Harmon would give him a ticket because Lt.Harmon was working on night shift and the lieutenant office is next to the medical clinic); Mr.Wang was scared of going to outdoor Rec, because everyone is NOT wearing a mask and they don't get a ticket, but Mr.Wang will get a ticket if Lt.Harmon sees him; Mr.Wang becomes scared because being discriminated against for doing something like others, he got lost and did not know what to do or to behave; Mr.Wang became depressed, especially after the Hearing Panel found him "guilty" on 07/29/21 and gave him even more severe punishments; Mr.Wang was cornered at MCI and no help is avail to him at DOC. Norwich City in Connecticut has declared racism is the most serious public health risk. Therefore, both Lt.Harmon and MCI have committed racism and AsianHate against Mr.Wang and have made Mr.Wang's life unlivable if such racism and sadism are NOT corrected by U.S. Court based on U.S. Constitution (Equal protection and free of cruelty). The sactions of two-months mail and adding 15 more days to jail term are cruel, heinous, and a retaliation from MCI and DOC for Mr.Wang's protesting his being discriminated gainst by Lt.Harmon. Banning Mr.Wang from writing complaints to Warden and DOC Commissioner is violating Mr. Wang's constitutional rights and preventing him from following DOC's own grievance procedure. (CO Harvey called CO Clark on 07/30/21 to let Mr.Clark inform Mr.Wang that Mr. Wang can NOT send anything to Warden, Commissioner, including legal mails.)

50. Inmates can only rely on DOC and MCI for medical care. Medical staff should take actions and measures to address inmates' medical needs, especially under critical condition such as unstable vital signs, without being asked or "begged" by the inmate patients because medical staff are professional. Defendant Marie Charles had violated Mr.Wang's Eighth Amendment Right for being indifferent to Mr.Wang's medical needs to be hydrated and stablized for his dropping blood pressure and fainting, dizzying, etc. Her refusal to even alert other medical staff especially the on-call doctor is especially cruel to Mr. Wang, uncaring to Mr.Wang's life.

51. Mr.Wang had refused to participate in the Settlement Agreement in Case No.3:20-CV-534 (JBA) Tre McPherson, Et Al. v. Ned Lamont, Et Al. at U.S. Court District of Connecticut and had done his due diligence to inform the ACLU (Mr. Barrett, Ms. Bilder) and DOC Commissioner Mr. Rollin Cook about his decision in about June 2020 (Exhibit One). Therefore Mr.Wang can sue DOC and its affiliates for mistreating him regarding COVID-19 infection and trasmission due to DOC's inaction or wrongdoings such as letting unvaccinated employees bring the new variant into inmate population or keeping clinically unstable inmates at MCI without proper medical treatment (such as giving oxygen or fluid).

52. Similarly, all other negligence to Mr.Wang's medical needs has violated Mr.Wang's Eighth Amendment Right.

53. Using uncalibrated sphygmomanometers to knowingly obtain spurious reading of an inmate's blood pressure is simply a crime, especially at COVID-19 Block where some inmates had died from COVID-19.It has violated inmates, including Mr.Wang's Eighth Amendment Right.

54. NEVER giving Mr.Wang oxygen in late 2020 at COVID-19 Block when Mr.Wang's blood oxygen was dropping toward below 90% is negligence and had violated his Eighth Amendment Right.

55. The plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described here. Plaintiff has been and will continue to be irreparably injured by the conducts of the defendants, especially the racists and AsianHaters, unless this court grants the declaratory and injunctive relief which plaintiff seeks, such as stopping DOC's racial profiling, racism, mail sanction, and adding more jail time, etc. The defendants tend to equate their brutality, wickedness, lawlessness, barbarism, sadism, abuses, cruelty, racism, negligence, indifference, and discrimination with their egos and personal powers of being in control and being able to molest, insult, harass, humiliate Mr.Wang and to exert harms and injuries to Mr.Wang (such as adding 15 more days to his jail time) at will and for no reason without facing any consequence. The most scary thing is: all defendants' banality of evil has got the back of DOC as a governmental institution and it is like COVID-19 virus capable of spreading out to cause a pandemic. Defendants' same bunker mentality has at least caused serious problem of drug trafficking at CCI where only COs could cause the epidemic of inmate drug use inside a prison. To endorse Lt.Harmon's racial profiling, racism and sadism by four (4) white members of the Hearing Panel is modern day lynching, although Lt.Harmon is in fact a black. In general Mr.Wang loves black

people and considers black COs on average are the nicest COs with empathy, compassion. Lt.Harmon's problem is a white people's problem: to continue and endorse racism in the best way to have black people attack other minorities. Although defendant Marie Charles is also a black, Mr.Wang would be committing a crime and would be a masochist if he did not file a lawsuit against her for her callousness, indifference, and cold blood. How much a Koolate stick cost? It causes no harm but could save Mr.Wang's life in his situation. If defendant Marie Charlés wants to have a job taking care of patients, she has better come to the court to answer Mr.Wang's lawsuit.

## PRAYER FOR RELIEF

56. Wherefore, Plaintiff respectfully prays that this court enters judgment granting plaintiff:

57 A declaration that the acts and ommissions described herein violated plaintiff's rights under the Constitution and laws of the United States.

58. A preliminary and permanent injunction ordering the defendants to stop AsianHate, racial profiling, institutional racism & sadism, mail sanctions, to stop abusing and harassing the plaintiff physically, verbally, and emotionally, and to add 15 days good time credit back to Mr.Wang's jail term.

59. Compensatory damages against each defendant, jointly and severally. Mr.Wang asks them to pay Mr.Wang $10 million for their AsianHate, racism, sadism and institutional racism. Mr.Wang asks them to pay Mr.Wang another $5 million for their indifference to his medical needs. Therefore , Mr.WAng respectfully asks the court to order DOC to pay Mr.Wang both compensatory damage and punitive damages in $15 million.

60. Punitive damages against each defendant.

61. A jury trial on all issues triable by jury.

62. Plaintiff's cost in this court.

63. Any additional relief this court deems just, proper, and equitable. The cruelty of mail sanction and 15 more days in jail term imposed on Mr.Wang by MCI can NOT be neglected and Harmon, together with the members of the hearing panel should be punished for that. Nick Rodriguez using lies to justify giving Wang more jail time should be prosecuted.

DATED: October 14th, 2021

RESPECTFULLY SUBMITTED

LISHAN WANG, PLAINTIFF, #375805, MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at MacDougall CI, Suffield, Connecticut on October 14th, 2021.

Lishan WAng, #375805

EXHIBIT ONE

P.25/36

Date:

From: Mr. Lishan Wang, #375805
MacDougall CI
1153 East Street South
Suffield, CT 06080

TO: Dan Barrett or Elana Bildner
ACLU Foundation of Connecticut
765 Asylum Avenue
Hartford, CT 06105

cc: Mr. Rollin Cook, Commissioner
Department of Corrections (DOC)
24 Wolcott Hill Road
Wethersfield, CT 06109

RE: Mr. Lishan Wang against the Settlement Agreement in Case No. 3:20-CV-534(JBA) Tre McPherson, Et Al. v. Ned Lamont,et al. at U.S. District Court District of Connecticut

Dear Mr. Barrett and Ms. Bilder,

I'm writing to inform you that I oppose the class settlement agreement in the above-referenced case. I want to reserve my right to sue DOC separately and independently if necessary for DOC's negligence and reckless endangerment of my health and safety, especially during COVID-19 pandemic.The followings are parts of my reasons.

1. On April 16, 2020 DOC had transferred me from Cheshire CI North-3-Block, where no positive case of COVID-19 was identified then, to MacDougall CI N-Block, where there were active cases of positive COVID-19 infection and one inmate had actually died from COVID-19 around the time of my transfer to MacDougall CI. The inmates and guards at N-Block MacDougall CI had confirmed that the N-Block was earlier intended for quarantine, which means the N-Block at MacDougall CI was to be used for inmates with positive COVID-19 infection.

2. The night I arrived at MacDougall CI on 4/16/2020, MacDougall CI had NOT given me and other transferred inmates any towel, soap, shampoo, hygiene package, and/or change clothes for cleaning or personal hygiene. MacDougall CI had actually stolen or taken away ALL the soaps issued to me by Cheshire CI (I'm an Indigent!) on 4/17/2020 when I went to the A/P department to pick up my properties (They had also stolen a bag of coffee which was given to me by an inmate at Cheshire).

3. In less than two months from 4/16/2020 I had been moved three times to different cells for no obvious reasons (such as in fight with roommates or posing danger to self, others, or facilities, etc.).

4. I'm an Indigent. MacDougall CI has only given me one soap per week while other jails I stayed previously had routinely given me twosoaps per week. I had questioned the Couselor at N-Block why he only gave me one soap per week. He said "MacDougall CI is broke!"

5. Due to your "settlement", MacDougall CI started to give every inmate one soap every two weeks, NOT two soaps per week.

6. Since late June 2020, MacDougall CI has stopped giving me regular hygiene package for indigent inmates, probably due to the Settlement!

Thank you very much for your attention and assistance. Please kindly make a copy of this letter and send it back to me. I'm looking forward to hearing from you at your earliest convenience.

Sincerely,

Lishan Wang, #375805
MacDougall CI
1153 East Street South
Suffield, CT 06080

WANG
O-11
G

WANG
N-14
G

WANG
N-45
G

EXHIBIT TWO

P 28/36



STATE OF CONNECTICUT
DEPARTMENT OF CORRECTION



DEPUTY COMMISSIONER
Operations and Rehabilitative Services Division



Angel Quiros
Commissioner

William Mulligan
Deputy Commissioner

TO: District Administrators
Wardens

FROM: William Mulligan, Deputy Commissioner

DATE: May 18, 2021

SUBJ: **COVID-19 Operational Response Plan – Transition Phase Effective May 19, 2021**

## Transition Phase

Effective May 19, 2021 Governor Lamont declared that all COVID restrictions with the exception of the indoor mask and distancing mandate will be lifted in the state of Connecticut. The Department of Correction will commence relaxation of COVID restrictions as well on May 19, 2021 but shall do so incrementally allowing for time to examine data and determine if the relaxation of restrictions contributes to significantly increased COVID-19 cases. This plan will be revisited on June 2, 2021 to assess if further relaxation of restrictions is warranted.

**May 19, 2021**

- Inmate feeding shall continue to be in unit where appropriate, facilities with larger chow halls shall make preparations to resume feeding on June 2, 2021 should positivity rates remain low.
- Gym and outside recreation shall be allowed, masks must be worn in the gym and whenever distancing cannot be observed outside. Outside recreation shall be capped at 200 inmates, basketball shall be allowed outside only.
- In person legal/professional visits shall be accommodated.
- In person contact social visits shall be accommodated, seating shall be limited to 75% of capacity or whatever can be accommodated while still observing appropriate distancing. Visits shall continue to be prescheduled. Inmates and visitors shall be allowed a brief embrace while masked, kissing shall not be allowed. Limit of 2 visitors per inmate (including children) and 45-minute duration to accommodate cleaning between sessions. There is no longer a restriction on mixing inmates from multiple units.
- Religious services facilitated by DOC chaplains shall resume normal.
- School classes shall resume normal activity, restrictions regarding mixing of inmates from separate units no longer in place.

Phone: 860.692.7487 ◆ Fax: 860.692.7488
24 Wolcott Hill Road ◆ Wethersfield, Connecticut 06109
Website: www.ct.gov/doc

*An Affirmative Action/Equal Opportunity Employer*

P.29/36



- Work furlough programs (i.e. Whitcraft/Boatworks), facilities shall review classification to determine eligible candidates to resume work furlough within 6 weeks.
- Programs facilitated by DOC employees shall resume without restriction.
- Work details outside of unit shall be allowed.
- Outside clearance workers under DOC supervision (i.e. grounds, Central office, Turkey Hill, warehouse) shall be allowed.
- Outside contractors/vendors shall be reviewed on a priority/impact basis.
- MAT therapy vendors shall continue to be allowed access.
- Commissary distribution shall be normal.
- Outside tours are not allowed.
- Volunteer led programs are suspended with the exception of post-secondary education programs.
- Outside community work details are suspended (DOT).
- Deathbed, funeral visits remain suspended.
- Facilities shall submit plan for conducting medication distribution in an orderly fashion controlling movement if their intent is to resume normal med pass. The appropriate District Administrator shall approve the plan if appropriate.

Thank you.

CC: Commissioner A. Quiros
Deputy Commissioner S. Carlos
Director K. Martucci
DOC Directors

EXHIBIT THREE

P31/36




# *STATE OF CONNECTICUT*

## *DEPARTMENT OF CORRECTION*



*District 1 Administrator's Office*
*1153 East Street South*
*Suffield, Connecticut 06080*

***Nick Rodriguez***
***District Administrator***

September 17, 2021

*Lishan Wang #375805*
*MacDougall Walker C.I*
*1153 East Street, South*
*Suffield, CT 06080*

*Mr. Wang:*

*An extensive review was conducted on your request for a Disciplinary Hearing Appeal for report MWCI-2107050, dated July 19, 2021 on the Class (B) offense "Disobeying a Direct Order".*

*The Hearing Officer's finding was reasonable based on information and evidence presented at a formal hearing. Documentation submitted to the presiding Hearing Officer substantiates that on July 19, 2021, LT Harmon gave you a direct order to put your mask on. You refused to wear your mask at which time an informal was issued and you refused to sign it, resulting in this disciplinary report being generated.*

*My conclusion is that no serious due-process failure occurred in the disposition of your disciplinary report. I find no reason to modify the Hearing Officer's decision.*

*Sincerely,*

*Nick Rodriguez*
*District Administrator*

*C: Warden Barone*
*Administrative Remedies Coordinator*
*Disciplinary Investigator*






# *STATE OF CONNECTICUT*

## *DEPARTMENT OF CORRECTION*



*District 1 Administrators Office*
*1153 East Street South*
*Suffield, Connecticut 06080*

*Nick Rodriguez*
*District Administrator*

July 13, 2020

*Lishan Wang #375805*
*MacDougall-Walker C.I.*
*1153 East Street, South*
*Suffield, CT 06080*

*Mr. Wang:*

*This letter acknowledges receipt of your correspondence dated July 1st, 2020 which was forwarded to my attention regarding concerns you have with mail (newspaper), and staff issues at Cheshire C.I.*

*The concerns you are addressing should be handled at the facility level. I have verified with the Administrative Remedies Coordinator at both Cheshire C.I and MacDougall-Walker C.I. you have not utilized the appropriate avenues to receive a formal response to your complaint. Administrative Directive 9.6 provides ways for an inmate to seek formal review of an issue relating to any aspect of an inmate's confinement which is subject to the Commissioner's authority. The Inmate Administrative Remedies Process enables the Department to identify individual and systemic problems, to resolve legitimate complaints in a timely manner and to facilitate the accomplishment of its mission. I encourage you in the future to utilize the grievance procedure to seek formal review of all issues relating to your conditions of confinement. You should first however allow for facility staff to attempt to resolve concerns prior to circumventing the chain of command which causes undue delay in achieving a meaningful remedy. I will CC a copy of this correspondence to the attention of Wardens Barone and Butricks for any additional review or response.*

*Sincerely,*

*Nick Rodriguez*
*District Administrator*

*CC: Warden Barone*
*Warden Butricks*
*File*

EXHIBIT FOUR





**STATE OF CONNECTICUT**
***DEPARTMENT OF CORRECTION***
***MacDougall-Walker Correctional Institution***
**1153 EAST STREET, SOUTH**
**SUFFIELD, CONNECTICUT 06080**

*August 20, 2021*

*MWCI*
*Wang, Lishawn #375805*
*L-79*

*RE: Commissioner Correspondence #50971*

*Mr. Wang,*

*According to what you wrote Lt. Harmon did nothing to abuse his power or harass you. Please know that regardless if you have had Covid-19 or have been vaccinated for it, you are still mandated to wear a mask. When a staff member asks you for your ID you will give them your ID.*

K. Barone
Warden

**CERTIFICATION**

I hereby certify that on 10/14/2021 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

Lishan Wang
#375805
MACDOUGALL-WALKER CORRECTIONAL INSTITUTION
1153 East Street South
Suffield, CT 06080

Case 3:21-cv-01133-AVC Document Filed 10/14/21 Page 36 of 36

**CERTIFICATION**

I hereby certify that on October 14, 2021, a copy of the foregoing has been sent via U.S. mail to:

1. Robin D. TABORA
   Office of the Clerk
   U.S. District Court
   450 Main Street
   Hartford, CT 06103

2. Mary K. Lenehan
   Assistant Attorney General
   Federal Bar No. ct15436
   55 Elm Street, P.O. Box 120
   Hartford, CT 06141-0120
   Tel. (860) 808-5210
   Fac. (860) 808-5385
   mary.lenehan@ct.gov

LISHAN WANG, PLAINTIFF
#375805
MacDougall CI
1153 East St. South
Suffield, CT 06080